No. 03–6288. BOYD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6292. DUQUESNE v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–6294. MENDENHALL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6295. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6307. SACCOCCIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–6313. GUILLORY v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6315. HERNANDEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6316. MURRAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6317. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6318. HERNANDEZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6321. CALDERON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6325. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6326. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6333. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6335. JOHNSON, AKA MILLNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.